UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI, an individual,

    Plaintiff,                                        USDC Case No. 19-cv-12798

vs

SELECTQUOTE INSURANCE
SERVICES, a California corporation

    Defendant.

| | |
|---|---|
| MARK W. DOBRONSKI<br>Post Office Box 85547<br>Westland, MI 48185-0547<br>*Plaintiff in Propria Persona*<br>Tel: (734) 641-2300<br>Fax: (734) 641-2323<br>markdobronski@yahoo.com | JAFFE, RAITT, HEUER & WEISS, P.C.<br>Jonathan Sriro (P52100)<br>Katherine Stefanou (P80830)<br>*Attorneys for Defendant*<br>27777 Franklin Road, Suite 2500<br>Southfield, MI  48034<br>Tel: (248) 351-3000<br>Fax: (248) 351-3082<br>jsriro@jaffelaw.com<br>kstefanou@jaffelaw.com |

## **STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT SELECTQUOTE INSURANCE SERVICES**

    Pursuant to a separate confidential release and settlement agreement, the parties hereby stipulate and agree that Plaintiff Mark W. Dobronski, will dismiss, with prejudice and with each party bearing his/its own attorney fees and costs, the above-captioned lawsuit against SelectQuote Insurance Services.

4907892

By: /s/ Mark W. Dobronski
   MARK W. DOBRONSKI
   Post Office Box 85547
   Westland, MI 48185-0547
   *Plaintiff in Propria Persona*
   Tel: (734) 641-2300
   Fax: (734) 641-2323
   markdobronski@yahoo.com

By: /s/ Jonathan Sriro
   JAFFE, RAITT, HEUER & WEISS, P.C.
   Jonathan Sriro (P52100)
   Katherine Stefanou (P80830)
   *Attorneys for Defendant*
   27777 Franklin Road, Suite 2500
   Southfield, MI 48034
   Tel: (248) 351-3000
   Fax: (248) 351-3082
   jsriro@jaffelaw.com
   kstefanou@jaffelaw.com