UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

SELECTQUOTE INSURANCE
SERVICES,

    Defendant.
_____/

Honorable David M. Lawson
Case No. 19-12798

## ORDER VACATING REFERRAL TO MAGISTRATE JUDGE AND DISMISSING CASE

This matter having been brought to the attention of the Court by the parties through submission of the Stipulation to Dismiss against Defendant for entry and this Court being otherwise fully advised in the premises,

It is **ORDERED** that the order referring the case to the assigned magistrate judge entered on November 6, 2019 is **VACATED**.

It is further **ORDERED** that the above-captioned lawsuit is dismissed with prejudice and with each party bearing its own attorney fees and costs.

                                                                s/David M. Lawson
                                                                 DAVID M. LAWSON
                                                                 United States District Judge

Date: July 23, 2020